# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2979
LT Case No. 16-2016-DR-1285-DVA

_____

QUANESEA SCOTT,

  Appellant,

  v.

SHANTRELL RICHARDSON,

  Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric Chase Roberson, Judge.

Quanesea Scott, Jacksonville, pro se.

Robert Carl Davis, of Robert Carl Davis, P.A., Jacksonville,
for Appellee.

November 20, 2025

PER CURIAM.

  AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____